## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JOSEPHINE STOLL,

    **Plaintiff(s)**

        v.                        **CIVIL NO.** 02-2761 (JAG)

ANTHONY J. PRINCIPI, Secretary of Veteran's Affairs, <u>et al.</u>,

    **Defendant(s)**

### ORDER ADOPTING REPORT AND RECOMMENDATION

    Upon <u>de novo</u> review of the Magistrate-Judge's Report and Recommendation (Docket No. 50) and plaintiff's objections thereto (Docket No. 53), the Court finds no reason to depart from the Magistrate-Judge's determinations. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety and **GRANTS** defendants' motion to dismiss (Docket No. 33). Plaintiff's claims are hereby dismissed **with prejudice**. Judgment shall enter accordingly.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 2nd day of August 2005.

                                                      <u>S/Jay A. Garcia-Gregory</u>
                                                      JAY A. GARCIA-GREGORY
                                                      United States District Judge